ANTONIO MONTI *vs.* JAMES J. McGARRY.

FEBRUARY 7, 1958.

PRESENT: Condon, C. J., Roberts, Andrews and Paolino, JJ.

PER CURIAM. This is an action of trespass on the case for negligence arising out of a collision between two trucks. The case was tried to a jury in the superior court and resulted in a verdict for the plaintiff for $16,500. The defendant's motion for a new trial was denied and the case is before us on his bill of exceptions to such denial and to other exceptions taken to rulings during the trial.

The court as constituted at the time the case was decided

being evenly divided as to the merits of defendant's exception to the denial of his motion for a new trial, the verdict stands, and the case is remitted to the superior court for entry of judgment thereon.

*Kirshenbaum & Kirshenbaum,* for plaintiff.

*James E. Flannery,* for defendant.